UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Jeffrey Spiegel,

                Plaintiff(s),

       -against-

National Asset Management, LLC,

                Defendant(s).

------------------------------------------------------------x

11 Civ. 6694 (PKC)

ORDER OF DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-1-11

P. KEVIN CASTEL, U.S.D.J.

       The Court having been advised that all claims asserted herein have been settled, it is

       **ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within sixty (60) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated. Parties are required to submit an affidavit and proposed infant compromise order within the foregoing time period.

                                                  P. Kevin Castel
                                                  United States District Judge

Dated:  New York, New York
           November 30, 2011